1  McGLINCHEY STAFFORD
   Brian A. Paino (SBN 251243)
2  Hassan Elrakabawy (SBN 248146)
   Dhruv M. Sharma (SBN 279545)
3  18201 Von Karman Avenue, Suite 350
   Irvine, California 92612
4  Telephone:   (949) 381-5900
   Facsimile:   (949) 271-4040
5  Email:       bpaino@mcglinchey.com
                helrakabawy@mcglinchey.com
6               dsharma@mcglinchey.com

The following constitutes
the order of the court. Signed September 14, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

7  Attorney for *Defendants* **CLEARSPRING LOAN SERVICES, INC., GFP IV PR SUB, LLC, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

8

9                  UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 15-51665 MEH |
| JENNIFER L. CARLSON, | Chapter 13 |
| Debtor. | Adv. Case No. 16-05035 |
| JENNIFER L. CARLSON, | **ORDER GRANTING DEFENDANTS CLEARSPRING LOAN SERVICES, INC., GFP IV PR SUB, LLC, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |
| Plaintiff, | |
| v. | |
| 20 CAP FUND I, LLC, Note Resolutions, LLC a subsidiary of National Note Group; FCI Lender Servcies, Inc., GFP IV PR SUB, LLC, CLEARSPRING LOAN SERVICES, INC., fka Strategic Recovery Group, LLC, its Successors and Assigns; transferee from Quantum Servicing Corporation transferee from Mortgage Lenders Network USA., Inc. transferee/assignee from Decision One Mortgage Company LLC and MERS, Inc. (Mortgage Electronic Registration Systems, Inc., | **Hearing:**<br>Date: September 12, 2016<br>Time: 10:00 a.m.<br>Ctrm: 3020 |
| Defendants. | |

        The above-captioned matter came on for hearing on September 12, 2016, in Courtroom 3020 of the U.S. Bankruptcy Court for the Northern District of California, located at 280 S. First St., San Jose, California 95113, upon the *Motion to Dismiss Second Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted* [Docket No. 17] (the "<u>Motion</u>") filed by *defendants*

ClearSpring Loan Services, Inc., GFP IV PR SUB, LLC, and Mortgage Electronic Registration Systems, Inc. (collectively, the "<u>Defendants</u>"*)*.

Appearances were as noted on the record.

Based upon the arguments of counsel, pleadings, filings and record before the Court, and for the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned *plaintiff* Jennifer L. Carlson's *Second Amended Complaint* is hereby dismissed *with prejudice* as to Defendants.

***END OF ORDER***

## COURT SERVICE LIST

ECF Participants