| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP |
| | SPENCER P. SCHEER, Bar#:107750 |
| 2 | JONATHAN SEIGEL, Bar#: 168224 |
| | JOSHUA L. SCHEER, Bar#: 242722 |
| 3 | REILLY D. WILKINSON, Bar#: 250086 |
| | 155 N. Redwood Drive. Ste 100 |
| 4 | San Rafael, CA94903 |
| | (415) 491-8900 |
| 5 | (415) 491-8910 (FAX) |
| | PN.100-003S |

The following constitutes
the order of the court. Signed September 20, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for Defendant, LP 401K TRUST, its successors and/or assignees

UNITED STATES BANKUPTCY COURT

NORTHERN DISTICT OF CALIFORNIA

In re:

JENNIFER L. CARLSON,

Debtor.

_____

JENNIFER L. CARLSON,

      Plaintiff.

  vs.

20 CAP FUND I, LLC; Note Resolutions, LLC a subsidiary of National Note Group, FCI Lender Services, Inc. GFP IV PR SUB, LLC its successors and assigns; CLEARSPRING LOAN SERVICESM, INC. fka Strategic Recovery Group, LLC, its Successors and Assigns; transferee from Quantum Servicing Corporation, transferee from Mortgage Lenders Network USA, Inc. transferee/assignee from Decision One Mortgage Company LLC and MERS, Inc. (Mortgage Electronic Registration Systems, Inc.), and LP 401k TRUST, its successors and /or assignees;

      Defendants.

Bk. No. 15-51665-MEH

AP No.16-05035

Chapter 13

**ORDER GRANTING IN PART DEFENDANT LP 401K TRUST'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Hearing-
Date: September 12, 2016
Time: 11:00 a.m.
Place: Bankruptcy Court
      280 South First Street
      Courtroom 3020
      San Jose, CA

The above-captioned matter came on for hearing on September 12, 2016, in Courtroom 3020 of the U.S. Bankruptcy Court for the Northern District of California, located at 280 S. First St., San Jose, California 95113, upon the Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted [Docket No. 15] (the "Motion") filed by defendant LP 401K TRUST ("Defendant").

Appearances were as noted on the record.

Based upon the arguments of counsel, pleadings, filings and record before the Court, and for the reasons stated on the record,

IT IS ORDERED that the Motion is GRANTED in part as the 2nd, 3rd, and 7th causes of action are dismissed with prejudice.

IT IS FURTHER ORDERED that the Motion is DENIED in part as to the 1st, 4th, and 5th causes of action.

IT IS FURTHER ORDERED that the 6th cause of action is not applicable to Defendant as no facts are asserted for a claim against Defendant.

IT IS FURTHER ORDERED that Defendant has 30 days to file an answer in this matter. Defendant's answer is due on October 20, 2016.

IT IS FURTHER ORDERED that the Status Conference is set for October 31, 2016 at 10:00 a.m.

**END OF ORDER**

**COURT SERVICE LIST**